IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TORI SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:22-cv-1319 (LMB/JFA) |
| ) | |
| JEHOVAH'S WITNESSES ORGANIZATION, ) | |
| et al., ) | |
| ) | |
| Defendants. | |

ORDER

On February 4, 2022, pro se plaintiff, Tori Smith ("plaintiff" or "Smith") filed a complaint against the Jehovah's Witnesses, the National Organization of Women (NOW) and W.E.A.V.E. of Sacramento and also sought leave to proceed in forma pauperis. That complaint was dismissed without prejudice on February 11, 2022, after it was found to contain no cognizable cause of action given its extremely fanciful allegations and delusional request for damages exceeding $20 billion. Smith v. Jehovah's Witnesses, et al., 1:22-cv-123 (LMB/TCB) at [Dkt. No. 5]. The Fourth Circuit affirmed the dismissal on July 25, 2022. Id. at [Dkt. No. 11].

Plaintiff has filed the exact same complaint, naming the same defendants and again seeking over $20 billion in damages. The only apparent differences between the two complaints are some different exhibits, but those differences are not material.

Because this new complaint suffers from the same legal defects as the previous one, and the dismissal of the previous complaint was affirmed on appeal, plaintiff may not continue to file these claims against these defendants or any of the "co-defendants" she listed in "Exhibit 36." [Dkt. No. 1-1] at 14. Filing duplicative lawsuits is not permitted and may result in a court

issuing a pre-filing injunction that will restrict plaintiff's ability to file lawsuits in this court without permission from a judge.

For all these reasons, and those explained in the February 11, 2022 Order, plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Dkt. No. 2] is DENIED as moot, and it is hereby

ORDERED that this Complaint [Dkt. No. 1] be and is DISMISSED WITH PREJUDICE to make it clear to the plaintiff that she may not file any of the claims in this complaint against any of the named defendants or the "co-defendants" she lists in "Exhibit 36."

To appeal this decision, plaintiff must file a written notice of appeal with the Clerk of the Court within thirty (30) days of the date of entry of this Order. A notice of appeal is a short statement indicating a desire to appeal, including the date of the order plaintiff wants to appeal. Plaintiff need not explain the grounds for appeal until so directed by the court of appeals. Failure to file a timely notice of appeal waives plaintiff's right to appeal this decision.

The Clerk is directed to forward copies of this Order and the February 11, 2022 Order to plaintiff, pro se, at her address of record, enter judgment in favor of defendants pursuant to Fed. R. Civ. P. 58, and close this civil action.

Entered this 23rd day of November, 2022.

Alexandria, Virginia

/s/ 
Leonie M. Brinkema
United States District Judge